**In re David KRAFSUR and Francis Levert, Relators.**

No. 08–06–00174–CV.

Court of Appeals of Texas, El Paso.

June 29, 2006.

David R. Pierce, The Law Office of David Pierce, El Paso, for relators.

Linda Yee Chew, El Paso, respondent pro se.

Phillip C. Bowen, Carl H. Green, Mounce, Green, Myers, Safi & Galatzan, El Paso, for real parties in interest.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

### *OPINION ON PETITION FOR WRIT OF MANDAMUS*

RICHARD BARAJAS, Chief Justice.

Relators, David Krafsur and Francis LeVert, seek a writ of mandamus against the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer,* 827 S.W.2d 833, 840 (Tex.1992) (orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the

petition and record before us, we are unable to conclude that Relators are entitled to the relief requested. Accordingly, we deny mandamus relief. *See* TEX.R.APP. P. 52.8(a). The motion for temporary relief is denied as moot.

CHEW, J., not participating.